UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MICHAEL POWASNICK,**

Plaintiff,

v.

**BEITZEL CORP.,** *et al.*,

Defendants.

Civil Action No. 20-12775 (ZNQ) (DEA)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon Motions to Dismiss the Amended Complaint ("the Motions") filed by Defendants Weir Minerals ("Defendant Weir") and Precision Pully & Idler ("Defendant Precision") pursuant to Fed. R. Civ. P. 12(b)(6). (ECF Nos. 24, 38.) Plaintiff Michael Powasnick ("Plaintiff") opposed Defendant Weir's Motion, (ECF No. 32), and opposed Defendant Precision's Motion. (ECF No. 47.) Defendant Precision filed a reply. (ECF No. 48.)

For the reasons set forth in the accompanying Opinion, and other good cause shown,

**IT IS** on this **31st** day of **October 2022**,

**ORDERED** that Defendant's Weir's and Precision's Motions to Dismiss the Amended Complaint (ECF Nos. 24, 38) are hereby **GRANTED**; and it is further

**ORDERED** that all Counts of the Amended Complaint are **DISMISSED WITH PREJUDICE** as to Defendants Weir and Precision.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**